# NO. 12-09-00178-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ERIC WALKER,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant Eric Walker, also known as Eric Daniels, was convicted of possession of a controlled substance and placed on community supervision probation (trial court cause number 80782-98). On June 9, 2009, the trial court signed an order revoking Appellant's community supervision probation. Appellant subsequently filed a motion for new trial, which the trial court granted. Because Appellant's motion for new trial was granted, the appeal is now moot. Accordingly, the appeal is ***dismissed***.

Opinion delivered June 30, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)